**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| MARTINEZ, BARBARA | § | Case No. 09-38008 JBS |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/02/2010 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/21/2010 By: ____________________

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
MARTINEZ, BARBARA § Case No. 09-38008 JBS
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,166.71 |
| and approved disbursements of | $ | 3,013.12 |
| leaving a balance on hand of[1] | $ | 15,153.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,266.63 | $ 0.00 | $ 2,266.63 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 2,924.00 | $ 0.00 | $ 2,924.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,190.63 |
| Remaining Balance | $ | 9,962.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,934.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 7,277.04 | $ 0.00 | $ 3,029.13 |
| 000002 | Capital Recovery III LLC | $ 3,160.45 | $ 0.00 | $ 1,315.56 |
| 000003 | Capital Recovery III LLC | $ 2,918.01 | $ 0.00 | $ 1,214.64 |
| 000004 | Chase Bank USA, N.A. | $ 2,992.77 | $ 0.00 | $ 1,245.76 |
| 000005 | Atlas Acquisitions LLC | $ 2,617.52 | $ 0.00 | $ 1,089.57 |
| 000006 | American Express Centurion Bank | $ 4,968.79 | $ 0.00 | $ 2,068.30 |

Total to be paid to timely general unsecured creditors $ 9,962.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: ccabrales Page 1 of 2 Date Rcvd: Oct 21, 2010
Case: 09-38008 Form ID: pdf006 Total Noticed: 35

The following entities were noticed by first class mail on Oct 23, 2010.

db +Barbara Martinez, 6033 N. Sheridan Rd. # 23L, Chicago, IL 60660-3041
aty +John P Carlin, Chang & Carlin, 1305 Remmington Road; Suite C, Schaumburg, IL 60173-4820
aty +William G Cross, Frank/Gecker LLP, 325 N. LaSalle St., Suite 625, Chicago, IL 60654-6465
aty +Zane L Zielinski, Frank/Gecker LLP, 325 N. LaSalle, Suite 625, Chicago, IL 60654-6465
14566228 Aes/nct, Reinsurance Dept Bankruptcy, Unit 120 N 7th, St Harrisburg, PA 17102
14566229 +American Express, c/o Becket and Lee, Po Box 3001, Malvern, PA 19355-0701
15299734 American Express Centurion Bank, Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
14566230 +Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610
14566231 +Bank One/Chase, 8333 Ridgepoint Dr, Irving, TX 75063-5812
14566232 +Cach Llc, Attention: Bankruptcy Department, 4340 South Monaco St. 2nd Floor, Denver, CO 80237-3408
14566233 +Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091-5155
15100374 Capital One Bank (USA), N.A., by American Infosource Lp As Agent, PO Box 71083, Charlotte, NC 28272-1083
15119160 +Capital Recovery III LLC As Assignee of Empire, Care of Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605
15119161 +Capital Recovery III LLC As Assignee of GE Capital, Care of Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605
15132968 Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145
14566234 +Citi Corp Credit Services, Attn: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507
14566238 +First Usa Bank N A, 1001 Jefferson Plaza, Wilmington, DE 19801-1493
14566242 +Lane Bryant, Po Box 182125, Columbus, OH 43218-2125
14566243 +Lane Bryant Retail/soa, 450 Winks Lane, Bensalem, PA 19020-5932
14566245 +N Comun Stbk, 3639 N Broadway, Chicago, IL 60613-4421
14566247 +Us Dept Of Education, Attn: Borrowers Service Dept, Po Box 5609, Greenville, TX 75403-5609
14566249 ++VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054 (address filed with court: Von Maur, Attn: Credit Dept, 6565 Brady, Davenport, IA 52806)
14566248 +Victoria’s Secret, Po Box 182273, Columbus, OH 43218-2273
14566250 +Wells Fargo Card Ser, Po Box 5058, Portland, OR 97208-5058
14566251 +Wfnnb/express, Po Box 182273, Columbus, OH 43218-2273
14566252 Wfnnb/shopnbc, Tape Reporting, Westerville, OH 43081

The following entities were noticed by electronic transmission on Oct 21, 2010.

tr +E-mail/Text: csmith@fgllp.com Frances Gecker, 325 North LaSalle Street, Suite 625, Chicago, IL 60654-6465
14998190 +E-mail/Text: bnc@atlasacq.com Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
14566235 +E-mail/Text: resurgentbknotifications@resurgent.com Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587
14566236 +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2010 02:41:14 Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316
14566237 +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15 Empire/gemb, Po Box 981439, El Paso, TX 79998-1439
14566239 +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15 Gemb/jcp, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106
14566240 +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16 Gemb/shopnbc Plcc, Po Box 981400, El Paso, TX 79998-1400
14566244 +E-mail/Text: resurgentbknotifications@resurgent.com Lvnv Funding Llc, Po Box 740281, Houston, TX 77274-0281
14566246 +E-mail/Text: bk@ncsplus.com Ntl Crdt Sys, 117 E 24th St- 5th Fl, New York, NY 10010-2937

TOTAL: 9

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Frank/Gecker LLP
14566241 John Patrick Rogers, Address unknown

TOTALS: 2, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010** **Signature:** Joseph Speetjens