UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ, BARBARA | § | Case No. 09-38008 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank One/Chase 8333 Ridgepoint Dr Irving, TX 75063 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Cach Llc Attention: Bankruptcy Department 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | First Usa Bank N A 1001 Jefferson Plaza Wilmington, DE 19701 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/shopnbc Plcc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lane Bryant Retail/soa 450 Winks Lane Bensalem, PA 19020 | | | | | |
| | Lane Bryant Retail/soa 450 Winks Lane Bensalem, PA 19020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | N Comun Stbk 3639 N Broadway Chicago, IL 60613 | | | | | |
| | Ntl Crdt Sys 117 E 24th St- 5th Fl New York, NY 10010 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Victoria's Secret Po Box 182273 Columbus, OH 43218 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady Davenport, IA 52806 | | | | | |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | | | | |
| | Wfnnb/express Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wfnnb/shopnbc Tape Reporting Westerville, OH 43081 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ATLAS ACQUISITIONS LLC | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL RECOVERY III LLC | | | | | |
| 000002 | CAPITAL RECOVERY III LLC/EMPIRE | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-38008 | JBS | Judge: Jack B. Schmetterer | | Trustee Name: | Frances Gecker |
| Case Name: | MARTINEZ, BARBARA | | | | Date Filed (f) or Converted (c): | 10/12/09 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/09 |
| For Period Ending: | 02/09/11 | | | | Claims Bar Date: | 05/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6033 N. SHERIDAN RD. #23L WILL SURRENDER THE PROPE    Debtor Claimed Exemption | 160,000.00 | 12,995.00 | DA | 0.00 | FA |
| 2. CHASE CHECKINGS ACCOUNT    Debtor Claimed Exemption | 100.00 | 100.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH CHASE JOINT ACCOUNT WITH MOT    Debtor Claimed Exemption | 100.00 | 100.00 | | 0.00 | FA |
| 4. BANCO POPULAR | 0.00 | 0.00 | | 0.00 | FA |
| 5. USED HOUSEHOLD GOODS    Debtor Claimed Exemption | 800.00 | 800.00 | | 0.00 | FA |
| 6. USED CLOTHING    Debtor Claimed Exemption | 300.00 | 300.00 | | 0.00 | FA |
| 7. INTEREST IN DECEASED FATHER'S ESTATE, ESTIMATED IN    Debtor Claimed Exemption | 10,757.85 | 7,757.85 | | 15,163.74 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.75 | Unknown |
| TOTALS (Excluding Unknown Values) | $172,057.85 | $22,052.85 | | $15,167.49 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL ACCOUNT IN THIS CASE FOR UST APPROVAL.

Initial Projected Date of Final Report (TFR): 10/15/10    Current Projected Date of Final Report (TFR): 10/15/10

LFORM1    Ver: 16.01c

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38008 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MARTINEZ, BARBARA | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******5544 MONEY MARKET |
| Taxpayer ID No: | *******9975 |  |  |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/01/10 | 7 | Banco Popular Cashier's Check Barbara Martinez |  |  | 15,163.74 |  | 15,163.74 |
|  |  |  | Memo Amount: 18,163.74 INHERITANCE | 1129-000 |  |  |  |
|  |  |  | Memo Amount: ( 3,000.00 ) EXEMPTION | 8100-002 |  |  |  |
| 02/08/10 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Payment | 2300-000 |  | 13.12 | 15,150.62 |
| 02/26/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 |  | 15,150.93 |
| 03/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 |  | 15,151.32 |
| 04/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 |  | 15,151.69 |
| 05/28/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 |  | 15,152.07 |
| 06/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 |  | 15,152.45 |
| 07/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 |  | 15,152.83 |
| 08/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 |  | 15,153.22 |
| 09/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 |  | 15,153.59 |
| 10/29/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 |  | 15,153.97 |
| 11/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 |  | 15,154.35 |
| 12/05/10 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 |  | 15,154.37 |
| 12/05/10 |  | Transfer to Acct #*******5113 | Final Posting Transfer | 9999-000 |  | 15,154.37 | 0.00 |

Page Subtotals  15,167.49  15,167.49

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-38008 -JBS | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MARTINEZ, BARBARA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5544 MONEY MARKET |
| Taxpayer ID No: | *******9975 | | |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 18,163.74 | COLUMN TOTALS | | 15,167.49 | 15,167.49 | 0.00 |
| | | Memo Allocation Disbursements: 3,000.00 | Less: Bank Transfers/CD's | | 0.00 | 15,154.37 | |
| | | | Subtotal | | 15,167.49 | 13.12 | |
| | | Memo Allocation Net: 15,163.74 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,167.49 | 13.12 | |

Page Subtotals  0.00  0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-38008 -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | MARTINEZ, BARBARA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5113 GENERAL CHECKING |
| Taxpayer ID No: | *******9975 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/10 | | Transfer from Acct #*******5544 | Transfer In From MMA Account | 9999-000 | 15,154.37 | | 15,154.37 |
| 12/07/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,266.63 | 12,887.74 |
| 12/07/10 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,924.00 | 9,963.74 |
| 12/07/10 | 001002 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 42% | 7100-000 | | 3,029.36 | 6,934.38 |
| 12/07/10 | 001003 | Capital Recovery III LLC<br>as Assignee of Empire<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 42% | 7100-000 | | 1,315.67 | 5,618.71 |
| 12/07/10 | 001004 | Capital Recovery III LLC<br>As Assignee of GE Capital<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000003, Payment 42% | 7100-000 | | 1,214.74 | 4,403.97 |
| 12/07/10 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 42% | 7100-000 | | 1,245.86 | 3,158.11 |
| 12/07/10 | 001006 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000005, Payment 42% | 7100-000 | | 1,089.65 | 2,068.46 |
| | | | Page Subtotals | | 15,154.37 | 13,085.91 | |

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-38008 -JBS | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | MARTINEZ, BARBARA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5113 GENERAL CHECKING |
| Taxpayer ID No: | *******9975 | | |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/10 | 001007 | American Express Centurion Bank<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 42% | 7100-000 | | 2,068.46 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 15,154.37 | 15,154.37 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 15,154.37 | 0.00 | |
| | | Subtotal | 0.00 | 15,154.37 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 15,154.37 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 18,163.74 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 3,000.00 | MONEY MARKET - ********5544 | 15,167.49 | 13.12 | 0.00 |
| | | GENERAL CHECKING - ********5113 | 0.00 | 15,154.37 | 0.00 |
| Total Memo Allocation Net: | 15,163.74 | | 15,167.49 | 15,167.49 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

    /s/    Frances Gecker
Trustee's Signature: _____  Date: _____
           FRANCES GECKER

Page Subtotals         0.00         2,068.46

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*